JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DANIEL ANGEL RODRIGUEZ, ) Case No. CV 09-5001-AHM (MLG)
    Petitioner, )
                                    ) JUDGMENT
    v. )
UNITED STATES OF AMERICA, )
    Respondent. )

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: May 27, 2010

_____
A. Howard Matz
United States District Judge